# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# Tampa Division

BROOKE BAVINGER and MICHAEL
THURE CAIRE, individually, and as
parents and natural guardians of A.C., a
minor

v.  Civil Action No. 8:20-cv-01265

SOUTHWEST AIRLINES CO.

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

***Please see attached list of related cases filed against Barnett Outdoors, LLC in this Court, both open and closed.***

__XX__ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

## CERTIFICATE OF SERVICE

I CERTIFY that on June 2, 2020, this Notice of Pendency of Other Actions was filed via the CM/ECF electronic filing and will be served upon defendant. .

/s/ Joseph H. Saunders
Joseph H. Saunders, Esquire (FBN 341746)
SAUNDERS & WALKER, P.A.
3491 Gandy Blvd. North, Ste. 200
Pinellas Park, FL 33781
(727) 579-4500 FAX: (727) 577-9696
joe@saunderslawyers.com

/s/ Wil Flores
WIL FLORES, P.A.
William Flores, Esq.
Fla. Bar No. 111485

5120 Central Avenue
St. Petersburg, FL 33707
Phone: (727) 800-6239
Fax: (727) 328-3536
Wflores@DeliveringYouJustice.com

**ATTORNEYS FOR PLAINTIFFS**